# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

April 18, 2017

Mrs. JoAnn Stokes Breitling
1704 Cornwall Lane
Sachse, TX 75048

Mr. Samuel G. Breitling
1704 Cornwall Lane
Sachse, TX 75048

    No. 16-11576   Samuel Breitling, et al v. LNV Corporation, et al
                          USDC No. 3:15-CV-703

Dear Mrs. Breitling and Mr. Breitling,

In response to your recent inquiry seeking clarification of this Court's caption, please be advised of the following:

This Court requires that all parties involved in an appeal appear on the Court's caption/docket. Therefore, the parties who are appellees to this appeal are listed in the caption.

The district court's caption refers to the parties as "et al" which includes all the defendants. This Court's caption lists the specific defendants to the appeal.

                                    Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      */s/ Mary Frances Yeager*

                              By: _____
                              Mary Frances Yeager, Deputy Clerk
                              504-310-7686

Case No. 16-11576

SAMUEL G. BREITLING; JOANN STOKES BREITLING,

                Plaintiffs - Appellants

v.

LNV CORPORATION; CODILIS & STAWIARSKI, P.C.; UNKNOWN DOES 1 TO 50,

                Defendants - Appellees